# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CM REGENT INS. CO., a/s/o,** | : | Civil No. 4:22-CV-205 |
| **MONTGOMERY AREA SCH. DIST.,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | (Magistrate Judge Carlson) |
| v. | : | |
| | : | |
| **CAMASTER, INC.** | : | |
| | : | |
| **Defendant.** | : | |

# **ORDER**

AND NOW this 15th day of December 2022, in accordance with the accompanying Memorandum Opinion, CAMaster, Inc.'s motion to dismiss (Doc. 19) is GRANTED IN PART AND DENIED IN PART as follows: The motion is GRANTED with respect to the strict products liability claim (Count I) but is DENIED in all other respects.

<i>S/ Martin C. Carlson</i><br>
Martin C. Carlson<br>
United States Magistrate Judge